24080

John B. SCHWARTZ, Petitioner v.
Goldie L. SCHWARTZ (Beaver), Respondent.
(444 S.E. (2d) 498)

Supreme Court

*D. Randolph Whitt*, of *Sherill and Rogers*, Columbia, *for petitioner*.

*Deborah Wright*, Charleston, *for respondent*.

*Guardian ad Litem, Harriet H.V. Lawrence*, of *Vaughan and Lawrence*, Charleston.

Heard May 17, 1994.

Decided May 23, 1994. Reh. Den. June 30, 1994.

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

*Per Curiam:*

We granted the petition for writ of certiorari to review the Court of Appeals' decision in *Schwartz v. Schwartz*, — S.C. —, 428 S.E. (2d) 748 (Ct. App. 1993). After careful consideration, we hereby dismiss the petition of certiorari as improvidently granted.